| | |
|---|---|
| SQUIRE, SANDERS & DEMPSEY L.L.P.<br>Adam R. Fox (State Bar #220584)<br>afox@ssd.com<br>Anne Choi Goodwin (State Bar #216244)<br>agoodwin@ssd.com<br>Helen H. Huang (State Bar #241170)<br>hhuang@ssd.com<br>555 South Flower Street, Suite 3100<br>Los Angeles, CA 90071-2300<br>Telephone:  (213) 624-2500<br>Facsimile:   (213) 623-4581 | **NOTE CHANGES**<br>**BY THE COURT** |

OF COUNSEL:

SQUIRE, SANDERS & DEMPSEY L.L.P
Andrea L. Marconi (*pro hac vice* admission forthcoming)
amarconi@ssd.com
Gregory A. Davis (California State Bar #246829)
gdavis@ssd.com
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 528-4000
Facsimile:   (602) 253-8129

Attorneys for Plaintiff
CHECKGATEWAY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| CHECKGATEWAY, LLC,<br><br>                              Plaintiff,<br><br>         vs.<br><br>SPECTRUM BANK, INC.<br><br>                              Defendant. | Case No. SACV08-871-AHS(MLGx)<br><br>**ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED AGAINST DEFENDANT** |

This matter having come before the Court, and the Court having received papers from plaintiff to obtain a temporary restraining order with notice pursuant to Rule 65 of the Federal Rules of Civil Procedure, and the Court having considered the pleadings and supporting papers herein,

**IT IS HEREBY ORDERED** that defendant shall appear on August 28, 2008, at 9:00 a.m. to show cause, if any exists, as to why a preliminary injunction should not be issued in this matter as set forth in the Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction. Defendant shall file opposition no later than August 15, 2008. Plaintiff shall file a reply, if any, no later than August 22, 2008. Plaintiff shall serve this order on all parties in this action and/or their counsel, and plaintiff shall file proof of service thereof no later than August 12, 2008.

DATED this 7th day of August, 2008.

<u>ALICEMARIE H. STOTLER</u>
Chief U.S. District Judge

SQUIRE, SANDERS & DEMPSEY L.L.P.
555 South Flower Street, Suite 3100
Los Angeles, CA 90071-2300